ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION


FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG 15 AM 11:49

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| BOBBY RAY GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 316-055 |
| ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS; CORRECTIONS ) | |
| CORPORATION OF AMERICA; ) | |
| WARDEN VANCE LAUGHLIN; ) | |
| DONAVAN HAMILTON, Deputy ) | |
| Warden; MRS. FNU COKER; and ) | |
| HOMER BRYSON, GDC Commissioner, ) | |
| in their Individual and Official Capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. nos. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 15 day of August, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE