# United States District Court
## Southern District of Georgia

BOBBY RAY GIBBS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-055

GEORGIA DEPARTMENT OF CORRECTIONS;
CORRECTIONS CORPORTATION OF AMERICA;
VANCE LAUGHLIN; DONAVAN HAMILTON; MRS.
FNU COKER; and HOMER BRYSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 15, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.



August 15, 2016  
*Date*

Scott L. Poff  
*Clerk*

*(By)* Deputy Clerk